**UNITED STATES DISTRICT COURT**

DISTRICT OF NEW JERSEY

(973) 776-7700

CHAMBERS OF
**JAMES B. CLARK, III**
**UNITED STATES MAGISTRATE JUDGE**

U.S. COURTHOUSE
2 FEDERAL SQUARE, ROOM 369
NEWARK, NJ 07101

November 10, 2015

## LETTER ORDER

Re:   **Molina v. County of Hudson**
      **Civil Action No. 15-4215 (CCC)**

Dear Counsel:

As discussed during the status telephone conference held earlier today, this matter should be removed from the arbitration track. Additionally, the Court will conduct a status telephone conference with the parties on **February 10, 2016 at 10:30 A.M.** Counsel for Defendant is directed to initiate the call.

**IT IS SO ORDERED.**

   s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**